Jesse M. Sullivan (Bar No. 225932)
HAIGHT BROWN & BONESTEEL LLP
Three Embarcadero Center, Suite 200
San Francisco, California 94111
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Defendant PNS STORES, INC.

Lynn Hubbard III, SBN 69773
Scottlynn J Hubbard IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff BRENDA PICKERN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN, | Case No. 2:13-CV-01362-JAM-CMK |
| Plaintiff, | **[PROPOSED]** ORDER |
| vs. | |
| PNS STORES, INC. dba BIG LOTS #4106; PIC N SAVE OF CALIFORNIA, INC., | Complaint Filed: July 8, 2013<br>Trial Date: January 11, 2016 |
| Defendants. | |

After reviewing the Stipulation filed by Plaintiff BRENDA PICKERN and Defendant, PNS STORES, INC., this Court grants their joint request that PIC N SAVE OF CALIFORNIA, INC., may have up to and including November 4, 2013 to respond to Plaintiff's Complaint.

**IT IS SO ORDERED**

Dated: October 25, 2013           /s/ John A. Mendez
                                  United States Eastern District Judge
                                  Honorable Judge John A. Mendez

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

CS19-0000651
9960145.1

1

Case No. 2:13-CV-01362-JAM-CMK
[PROPOSED] ORDER